

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-90,417-01

**EX PARTE SYLVANUS RENE, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1257226-A IN THE 351ST DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of sexual asault of a child and sentenced to sixty-five years' imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Rene v State*, 376 S.W.3d 302 (Tex. App. — Houston [14th Dist.] August 9, 2012) (pet. ref'd.). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The trial court conducted a live habeas hearing in this case, and subsequently entered an order recommending that Applicant be granted a new punishment hearing. The trial court's order does not include specific findings of fact and conclusions of law and the record does not support the trial court's recommendation to grant relief. Based on this Court's independent review of the entire

record, relief is denied.

Filed: January 27, 2021
Do not publish